UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| TERRY MCCLODDEN, | ) | Civil Action No. 4:17-cv-02600-TMC-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of Defendant's Motion to Remand (ECF No. 16) and Plaintiff's consent to it (ECF No. 16 at 2), it is hereby

**ORDERED** that Defendant's Motion to Remand (ECF No. 16) is **GRANTED**. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further administrative proceedings.[1]

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

June 21, 2018
Anderson, SC

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.